IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRACY COHEN,<br><br>        Plaintiff,<br><br>vs.<br><br>KERING AMERICAS, INC. AND GUCCI AMERICA, INC.<br><br>        Defendants. | Case No. 1:24-cv-07046<br><br>Judge Jeremy Daniel |

**DEFENDANTS KERING AMERICAS, INC. AND GUCCI AMERICA, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Defendants Kering Americas, Inc. ("Kering") and Gucci America, Inc. ("Gucci"), by their undersigned counsel, respectfully move the Court to dismiss the First Amended Class Action Complaint of Plaintiff Tracy Cohen and, in support of their motion, state as follows:

1. On June 21, 2024, Plaintiff filed her Class Action Complaint in the Chancery Division of the Circuit Court of Cook County, Illinois. Plaintiff filed her First Amended Class Action Complaint on June 26, 2024 (the "FAC").

2. The FAC purports to allege claims under the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2 (Count I), or for unjust enrichment (Count II).

3. Defendants removed the lawsuit to the United States District Court for the Northern District of Illinois on August 9, 2024, pursuant to 28 U.S.C. §§ 1332(d), 1441, and 1446.

4. Defendants move this Court for an order dismissing the FAC with prejudice pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure for lack of personal jurisdiction over Kering, and pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted under the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2

1

(Count I), or for unjust enrichment (Count II). In the alternative to the dismissal of Counts I and II, Defendants request that the Court strike Plaintiff's class allegations pursuant to Rule 23(c)(1)(A) and 23(d)(1)(D) of the Federal Rules of Civil Procedure.

5. In support of their motion, Defendants respectfully refer the Court to the Memorandum of Law in Support of Defendants' Motion to Dismiss the FAC submitted herewith.

WHEREFORE, for the reasons set forth above and in Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss the First Amended Class Action Complaint, Defendants respectfully request that the Court dismiss Plaintiff's First Amended Class Action Complaint with prejudice, award Defendants their costs of suit, and such other relief as the Court deems just and proper.

Dated: August 16, 2024

Respectfully submitted,

By: */s/ John W. Rotunno*
John W. Rotunno
Nicole C. Mueller
Kenn Brotman
Marvis A. Barnes
**K&L GATES LLP**
70 West Madison Street, Suite 3100
Chicago, IL 60602-4207
Tel:    (312) 372-1121
Fax:   (312) 827-8000
john.rotunno@klgates.com
nicole.mueller@klgates.com
kenn.brotman@klgates.com
marvis.barnes@klgates.com

*Attorneys for Defendants Kering Americas, Inc. and Gucci America, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system on August 16, 2024, which will serve all counsel of record.

I FURTHER CERTIFY that on August 16, 2024, I caused a true and correct copy of the foregoing to be served on the following counsel via the United States Postal Service first class mail, postage prepaid and via e-mail to the following:

>Tamara N. Holder
>The Law Firm of Tamara N. Holder LLC
>917 West Washington Blvd., Suite 222
>Chicago, Illinois 60607
>Tel.: 312-440-9000
>tamara@tamaraholder.com
>
>Johanna J. Raimond
>Law Offices of Johanna J. Raimond Ltd.
>431 South Dearborn, Suite 1002
>Chicago, Illinois 60605
>Tel.: 312-235-6959
>jraimond@raimondlaw.com

>>/s/ John W. Rotunno