IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRACY COHEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-7046 |
| | ) | |
| vs. | ) | Judge Jeremy Daniel |
| | ) | |
| KERING AMERICAS, INC. AND GUCCI AMERICA, INC. | ) ) | |
| | ) | |
| Defendants. | ) | |

## **DECLARATION OF TRACY COHEN**

I, Tracy Cohen, declare that I am over 18 years of age and have personal knowledge of the matters set forth herein. If placed under oath as a witness, I would testify in accordance with this Declaration:

1. For nearly 18 years, from August 2006 through October 2023, I worked as a sales associate at the Gucci retail store in Chicago, Illinois.

2. Gucci sells products manufactured by Kering.

3. Kering controlled Gucci and based on this, as well as my dealings with the company, it was my understanding that I was employed both by Gucci and Kering.

4. I was subject to the Kering Code of Ethics and had to annually undergo video training on Kering's requirements pursuant to this policy.

5. Kering provided me with benefits, such as the retirement plan and medical insurance through its carrier.

6. Kering also provided me with health insurance through its carrier.

7. I was also subject to Kering's policies, such as its FMLA policy. I was instructed to contact Kering about FMLA leave.

8. When I had problems at work, I communicated with a VP of Human Resources at Kering.

9. When my employment was terminated, I was instructed to communicate with a Kering employee about my departure.

10. Kering selected the person who ran Gucci. For example, in July 2023, Kering appointed one of its longtime executives, Jean-François Palus, as Gucci President and CEO. Prior to that, Kering appointed a member of its executive committee, Marco Bizzari, as Gucci President and CEO. Bizzari served in this role from 2015 until July 2023.

11. Kering also selected Gucci's creative directors. For example, in 2015, Kering appointed Alessandro Michele as Gucci's Creative Director.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed the 9th day of September 2024 in the Northern District of Illinois.

X _____
TRACY COHEN