UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRACY COHEN,                                )
                                            )
                                            )     No. 24 CV 7046
            Plaintiff                       )
                                            )     Judge Jeremy C. Daniel
    v.                                      )
                                            )
KERING AMERICAS, INC., and                  )
GUCCI AMERICA, INC.,                        )
            Defendants.                     )

MOTION TO WITHDRAW

Pursuant to N.D. Ill. LR 83.17, Movant Tamara Holder, of The Law Firm of Tamara N. Holder, LLC, respectfully moves the Court for leave to withdraw her previously filed appearance as counsel for Plaintiff Tracy Cohen and in support thereof states as follows:

1. Movant Tamara Holder and co-counsel Johanna J. Raimond initially filed a Complaint and Amended Complaint in the above-entitled action the Circuit Court of Cook County.

2. On August 9, 2024, Defendants removed the above-entitled action to this Court.

3. Movant Holder and Raimond subsequently filed their appearances in this Court.

4. Movant Holder requests that her appearance be withdrawn due to an irretrievable breakdown in the attorney-client relationship with Plaintiff.

5. Plaintiff will continue to be represented by Johanna J. Raimond.

WHEREFORE, Plaintiff respectfully request that the Court grant Tamara Holder's leave to withdraw as one of the attorneys of record in this action.

Respectfully submitted,

/s/ Tamara Holder

Tamara Holder