IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRACY COHEN, | ) | |
| | ) | Case No. 1:24-cv-07046 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Jeremy C. Daniel |
| | ) | |
| GUCCI AMERICA, INC., | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendant.[1] | ) | |

**JOINT STATUS REPORT**

Now come Plaintiff Tracy Cohen and Defendant Gucci America, Inc. (each a "Party" and collectively the "Parties"), by and through their respective undersigned counsel, and pursuant to this Court's Order entered November 11, 2024 and Rules 16 and 26 of the Federal Rules of Civil Procedure and Local Rules 16.1, 16.2, and 26.1, respectfully submit this Joint Status Report to the Court as follows:

Pursuant to Federal Rule 26(f), the parties conferred regarding the scheduling order for this case on **December 4, 2024** and **December 5, 2025** via teleconference. The conferral was attended by Johanna Raimond on behalf of the Plaintiff and Nicole C. Mueller on behalf of the Defendant. The conference was productive in establishing a discovery schedule and outlining various issues and the Parties' positions on same.

1. Rule 26(a)(1) disclosures have not been exchanged between the Parties to date. The Parties shall make and serve their respective FRCP 26(a)(1) disclosures on or before **December 20, 2024**.

---

[1] By Order dated October 21, 2024, Kering Americas, Inc. was dismissed from this litigation. ECF No. 21 at 1. The Parties have revised the case caption accordingly.

2. As of the date of this Report, no discovery has been served by any Party.

3. The Parties jointly propose to the Court the following schedule for fact discovery:

   a. The Parties shall serve initial discovery requests on or before **January 3, 2025**.

   b. Fact discovery, including depositions of all fact witnesses, shall close on **October 31, 2025**.

4. The parties conferred but have been unable to come to an agreement on the structure and/or timing for expert disclosures.

   a. Plaintiff proposes the following deadlines:

      i. Each party shall serve their Rule 26(a)(2) disclosures on or before **December 8, 2025**.

      ii. Each party shall have an opportunity to respond to the other's Rule 26(a)(2) report on or before **January 12, 2026**.

      iii. Expert disclosure, including depositions of all expert witnesses, shall close on **January 30, 2026**.

   b. Defendant proposes the following deadlines:

      i. Plaintiff shall serve her Rule 26(a)(2) disclosures on or before **December 8, 2025**.

      ii. Defendant shall serve its Rule 26(a)(2) disclosures on or before **January 12, 2025**.

      iii. Plaintiff may serve an additional Rule 26(a)(2) disclosure for the sole purpose of identifying any witnesses offered to rebut one or more of the witnesses identified in Defendant's Rule 26(a)(2) disclosures on or before **January 26, 2026**. A "reply" Rule 26(a)(2) disclosure may be served with leave of Court.

      iv. Expert discovery, including depositions of all expert witnesses, shall close on **February 27, 2026**.

5. The Parties are exploring whether resolution of this matter is possible at this stage of the proceedings.

| | |
|---|---|
| Date: December 10, 2024 | Respectfully submitted, |
| On behalf of Plaintiff Tracy Cohen, | On behalf of Defendant Gucci America, Inc., |
| */s/ Johanna J. Raimond*<br>By: One of her Attorneys | */s/ John W. Rotunno*<br>By: One of its Attorneys |
| Johanna J. Raimond<br>Law Offices of Johanna J. Raimond Ltd.<br>431 South Dearborn, Suite 1002<br>Chicago, Illinoi 60605<br>312-235-6959<br>jraimond@raimondlaw.com<br>ARDC: 6230092 | John W. Rotunno<br>john.rotunno@klgates.com<br>Nicole C. Mueller<br>nicole.mueller@klgates.com<br>Kenn Brotman<br>kenn.brotman@klgates.com<br>Marvis A. Barnes<br>marvis.barnes@klgates.com<br>K&L GATES LLP<br>70 West Madison Street<br>Suite 3300<br>Chicago, Illinois 60602<br>(312) 372-1121 |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system on December 10, 2024, which will serve all counsel of record.

/s/ *Nicole C. Mueller*
Nicole C. Mueller