**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Tracy Cohen
                Plaintiff,

v.                                         Case No.: 1:24–cv–07046
                                                  Honorable Jeremy C. Daniel

Kering Americas, Inc., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 16, 2024:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the parties' Joint Status Report [29]. The parties shall file an updated joint status report by 2/14/25 on their progress with written discovery. The parties' report shall also identify fact witnesses that either side intends to depose before close of fact discovery, include any confirmed or proposed dates for those depositions, and indicate whether settlement is a realistic possibility, and if so, next steps in that regard. The parties do not agree on expert discovery schedule [29]. Having reviewed both parties' proposed schedules, the Court has decided to enter Defendant's schedule as appropriate to the needs of the case. Plaintiff shall serve her Rule 26(a)(2) disclosures on or before 12/8/25. Defendant shall serve its Rule 26(a)(2) disclosures on or before 1/12/26. Plaintiff may serve an additional Rule 26(a)(2) disclosure for the sole purpose of identifying any witnesses offered to rebut one or more of the witnesses identified in Defendant's Rule 26(a)(2) disclosures on or before 1/26/26. A "reply" Rule 26(a)(2) disclosure may be served with leave of Court. Expert discovery, including depositions of all expert witnesses, shall close on 2/27/26. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.